■ In the Matter of JAMES BOUTTE, Petitioner, v JUSTICES OF THE SUPREME COURT OF NEW YORK COUNTY, Respondent. [659 NYS2d 737] —Application for an order pursuant to CPLR article 78 denied, the cross-motion granted and the petition dismissed, without prejudice to assertion of the claim raised upon direct appeal from conviction, if any, without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Williams and Colabella, JJ.

■ In the Matter of NOOR SIDDIQUI, Petitioner, v HAROLD J. ROTHWAX et al., Respondents. [659 NYS2d 736] —Application for an order pursuant to CPLR article 78 denied, the cross-motions granted and the petition dismissed, without prejudice to raising the claims presented herein upon direct appeal from judgment of conviction, if any, without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.